UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| MARGARET MILLER-HOTCHKISS,<br><br>Plaintiff,<br><br>v.<br><br>SAFEWAY INC.,<br><br>Defendant. | CASE NO. 2:23-cv-908<br><br>MINUTE ORDER |

The following Minute Order is made by direction of the Court, the Honorable Jamal N. Whitehead, United States District Judge:

Under Fed. R. Civ. P. 26(a)(2)(B), parties must disclose "to the other parties" witnesses who may present FRE 702, 703, or 705 evidence at trial. Expert reports and other Rule 26 disclosures, however, should not be filed with the Court. *See* LCR 5(d). Accordingly, the Court STRIKES Plaintiff's expert reports. Dkt. No. 11.

Dated this 16th day of July 2024.

MINUTE ORDER - 1

Ravi Subramanian

Clerk

/s/ Kathleen Albert

Deputy Clerk

MINUTE ORDER - 2