1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| MARGARET MILLER-HOTCHKISS, | CASE NO. 23-cv-908 |
|---|---|
| Plaintiff, | MINUTE ORDER |
| v. | |
| SAFEWAY, INC. , | |
| Defendant. | |

This matter comes before the Court on the parties' Proposed Order for Extension of Discovery Cutoff and for Issuance of an Amended Case Scheduling Order. Dkt. No. 13-1. Local Civil Rule 7(b)(1) requires parties to submit "an editable version of the proposed order[ ] in a format compatible with Microsoft Word[ ] to chambers via email as [also] provided in the Electronic Filing Procedures manual." The parties here have not provided the Court with a copy of their proposed order as a Word file. The Court directs the parties to submit the proposed order as a Word or Word-compatible file by e-mail to: WhiteheadOrders@wawd.uscourts.gov.

It is so ORDERED.

MINUTE ORDER - 1

1    Dated this 27th day of August, 2024.

2

3    _____
     Jamal N. Whitehead
4    United States District Judge

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

MINUTE ORDER - 2