**The Honorable Jamal N. Whitehead**

Scott Shawver
GLP Attorneys, P.S., Inc.
2601 Fourth Avenue, Floor 6
Seattle, WA 98121
Phone: 206-448-1992
Facsimile: 206-448-4640
sshawver@glpattorneys.com
*Counsel for Plaintiff*

John T. Kugler, WSBA # 19960
Turner Kugler Law, PLLC
6523 California Ave SW #454
Seattle, WA 98136
Phone: 206 659-0679
john@turnerkuglerlaw.com
*Attorney for Defendant Safeway, Inc.*

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| MARGARET MILLER-HOTCHKISS, | CASE NO. 2:23-cv-00908-JNW |
| Plaintiff, | |
| v. | ORDER FOR EXTENSION OF DISCOVERY CUTOFF AND FOR ISSUANCE OF AN AMENDED CASE SCHEDULING ORDER |
| SAFEWAY INC., | |
| Defendant. | |

**ORDER**

This matter came before the Court upon the parties' Stipulation for an Order Extending the Discovery Cutoff, IT IS HEREBY ORDERED that the discovery cutoff is extended to **October 31, 2024**, for the sole purpose of taking the deposition of each party's experts.

ORDER FOR EXTENSION OF DISCOVERY
CUTOFF AND FOR ISSUANCE OF AN
AMENDED CASE SCHEDULING ORDER- 1

GLP ATTORNEYS, P.S., INC.
ATTORNEYS AT LAW
2601 Fourth Avenue, Floor 6
Seattle, WA  98121
(206) 448-1992
FACSIMILE (206) 448-4640

IT IS ALSO HEREBY ORDERED that the deadline to challenge expert testimony and/or file dispositive motions is extended to **November 15, 2024**.

In accordance with this Order, **the Court Clerk is amending the case schedule**.

ORDERED this 28th day of August 2024.

_____
Jamal N. Whitehead
United States District Judge

Presented by:

| GLP ATTORNEYS, P.S., INC. | TURNER KUGLER LAW, PLLC |
|---|---|
| s/ *Scott Shawver* | s/ *John T. Kugler* |
| Scott Shawver, WSBA #24048 | John T. Kugler, WSBA # 19960 |
| *Attorney for Plaintiff* | *Attorney for Defendant Safeway, Inc.* |

ORDER FOR EXTENSION OF DISCOVERY CUTOFF AND FOR ISSUANCE OF AN AMENDED CASE SCHEDULING ORDER- 2

GLP ATTORNEYS, P.S., INC.
ATTORNEYS AT LAW
2601 Fourth Avenue, Floor 6
Seattle, WA 98121
(206) 448-1992
FACSIMILE (206) 448-4640