**The Honorable Jamal N. Whitehead**

Scott Shawver
GLP Attorneys, P.S., Inc.
2601 Fourth Avenue, Floor 6
Seattle, WA 98121
Phone: 206-448-1992
Facsimile: 206-448-4640
sshawver@glpattorneys.com
*Counsel for Plaintiff*

John T. Kugler, WSBA # 19960
Turner Kugler Law, PLLC
6523 California Ave SW #454
Seattle, WA 98136
Phone: 206 659-0679
john@turnerkuglerlaw.com
*Attorney for Defendant Safeway, Inc.*

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| MARGARET MILLER-HOTCHKISS, | CASE NO. 2:23-cv-00908-JNW |
| Plaintiff, | |
| v. | ORDER GRANTING PERMISSION TO SUBSTITUTE COUNSEL AND FOR CONTINUANCE OF TRIAL CONTINUANCE AND PRE-TRIAL DATES |
| SAFEWAY INC., | |
| Defendant. | |

This matter came before the Court upon the parties' Stipulated Motion for Attorney Substitution, Trial Continuance and for Issuance of an Amended Case Scheduling Order. The court ORDERS as follows:

1. The October 31, 2024, discovery cutoff date is continued to permit deposition of

ORDER GRANTING PERMISSION TO SUBSTITUTE COUNSEL AND FOR CONTINUANCE OF TRIAL CONTINUANCE AND PRE-TRIAL DATES - 1

GLP ATTORNEYS, P.S., INC.
ATTORNEYS AT LAW
2601 Fourth Avenue, Floor 6
Seattle, WA 98121
(206) 448-1992
FACSIMILE (206) 448-4640

Plaintiff's expert Paul Manner, M.D. on November 6, 2024;

2. Attorney John Kugler is permitted to withdraw as Counsel for Defendant and Attorney Eddy Silverman is permitted to substitute in his place;

3. Trial in this case is continued from February 10, 2025, to **August 4, 2025**.

4. The court will issue an amended case scheduling order consistent with the new trial date which reschedules the pre-trial deadlines.

ORDERED this 30th day of October, 2024

*[signature]*

Honorable Jamal N. Whitehead
United States District Judge

Presented by:

| | |
|---|---|
| GLP ATTORNEYS, P.S., INC. | TURNER KUGLER LAW, PLLC |
| s/ *Scott Shawver* | s/ *John T. Kugler* |
| Scott Shawver, WSBA #24048 | John T. Kugler, WSBA # 19960 |
| *Attorney for Plaintiff* | *Attorney for Defendant Safeway, Inc.* |

ORDER GRANTING PERMISSION TO SUBSTITUTE COUNSEL AND FOR CONTINUANCE OF TRIAL CONTINUANCE AND PRE-TRIAL DATES - 2

GLP ATTORNEYS, P.S., INC.
ATTORNEYS AT LAW
2601 Fourth Avenue, Floor 6
Seattle, WA 98121
(206) 448-1992
FACSIMILE (206) 448-4640