1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT [SEATTLE] [TACOMA]

| | |
|---|---|
| MARGARET MILLER-HOTCHKISS, | CASE NO. 23-cv-908 |
| Plaintiff, | ORDER SETTING TRIAL DATE AND RELATED DATES |
| v. | |
| SAFEWAY, INC. , | |
| Defendant. | |

## SCHEDULING DEADLINES

Having reviewed the parties' Joint Status Report and Discovery Plan, the

Court sets and renews the following trial and related dates:

| EVENT | DATE |
|---|---|
| JURY TRIAL begins | August 4, 2025 |
| Length of trial | 4-5 days |
| Deadline for joining additional parties | April 22, 2024 |
| Deadline for filing amended pleadings | July 15, 2024 |
| Disclosure of expert testimony under Fed. R. Civ. P. 26(a)(2) | July 15, 2024 |

ORDER SETTING TRIAL & RELATED DATES - 1

| EVENT | DATE |
|---|---|
| Disclosure of rebuttal expert testimony under Fed. R. Civ. P. 26(a)(2) | within 30 days after the other party's expert disclosure |
| All motions related to discovery must be filed by (*see* LCR 7(d)) | August 14, 2024 |
| Discovery completed by | March 7, 2025 |
| All dispositive motions and motions challenging expert witness testimony (i.e., *Daubert* motions) must be filed by (*see* LCR 7(d)) | April 7, 2025 |
| Settlement conference under LCR 39.1(c)(2) must be held no later than | June 5, 2025 |
| All motions in limine must be filed by (*see* LCR 7(d)) | June 25, 2025 |
| Deposition Designations must be submitted to the Court by (*see* LCR 32(e)) | July 14, 2025 |
| Agreed pretrial order due | July 14, 2025 |
| Trial briefs, proposed voir dire questions, and proposed jury instructions must be filed by | July 21, 2025 |
| Pretrial conference | July 28, 2025 |

The Local Civil Rules set all other deadlines. Except as provided for in Judge Whitehead's Chambers Procedures, the dates listed in this order and set by the Local Civil Rules are firm and cannot be changed by agreement between the parties. The Court may alter the dispositive motions deadline and the dates that follow, but only if good cause is shown. Failure to complete discovery within the time allowed does not establish good cause. If any of the dates identified in this

ORDER SETTING TRIAL & RELATED DATES - 2

1
2
Order or the Local Civil Rules fall on a weekend or federal holiday, the act or event must be performed on the next business day.

3
4
5
6
7
8
If the scheduled trial date creates an irreconcilable conflict, counsel must email Grant Cogswell, Courtroom Deputy, at grant_cogswell@wawd.uscourts.gov within 10 days of the date of this Order, explaining the exact nature of the conflict. Failure to do so will be treated as a waiver. Counsel and pro se parties must be prepared to begin trial on the date scheduled but should understand that trial may have to await the completion of other cases (e.g., criminal cases).

## COOPERATION

9
10
11
12
As required by LCR 37(a), all discovery matters should be resolved by agreement if possible. Counsel are also directed to cooperate in preparing the final pretrial order in the format required by LCR 16.1, except as ordered below.

## EXHIBITS

13
14
15
16
17
18
19
20
21
22
23
The parties must deliver one copy of their respective trial exhibits to Grant Cogswell, Courtroom Deputy, five (5) days before the trial date. Each exhibit must be clearly marked on the face of the exhibit. Each set of exhibits must be submitted in a three−ring binder with appropriately numbered tabs. The Court alters the LCR 16.1 procedure for numbering exhibits as follows: Plaintiff's exhibits should be numbered consecutively beginning with 1; Defendant's exhibits should include the prefix "A" and should be numbered consecutively beginning with A−1. Duplicate documents should not be listed twice. Once a party has identified an exhibit in the pretrial order, any party may use it. In addition, no later than seven (7) days before the trial date, the parties should send an electronic copy of all exhibits in .PDF format with Optical

ORDER SETTING TRIAL & RELATED DATES - 3

Character Recognition ("OCR") searchable text to Grant Cogswell, Courtroom Deputy. The parties should notify the court of any physical objects or files that cannot be transmitted electronically. Exhibits must be marked as described above, and the following protocols also apply: (1) Electronic exhibits must be transmitted individually (i.e., one exhibit per file), but exhibits may have multiple pages; (2) Exhibit file names should match the descriptions listed on the joint exhibit list as closely as possible except that file names should not exceed 80 characters, e.g., Ex. 1 − Accident Scene Photo; Ex. A−1 − Email dated 4−03−23.

**SETTLEMENT**

If this case settles, the parties must notify Mr. Cogswell as soon as possible at grant_cogswell@wawd.uscourts.gov. An attorney who fails to give prompt notice of settlement may be subject to sanctions or discipline under LCR 11(b).

Dated this 30th day of October, 2024.

Jamal N. Whitehead
United States District Judge

ORDER SETTING TRIAL & RELATED DATES - 4