The Honorable Jamal N. Whitehead

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

MARGARET MILLER-HOTCHKISS,

      Plaintiff,

    v.

SAFEWAY, INC.,

      Defendant.

CASE NO. 2:23-cv-00908-JNW

STIPULATED MOTION TO MODIFY
SCHEDULING ORDER AND ~~PROPOSED~~
ORDER

HEARING DATE: MARCH 14, 2025

## I.  RELIEF REQUESTED[1]

      The Parties jointly seek to modify the scheduling order, **to extend the discovery cutoff to March 19, 2025, to allow Defendant SAFEWAY, Inc. ("Safeway") to take the deposition of Plaintiff's medical expert, Dr. Oberg.  This proposed change would not change the trial date, nor affect the dispositive motions deadline.  This deposition is scheduled; the doctor has been subpoenaed; and the parties are ready to proceed. Whereas the Court denied a prior-similar stipulated motion because it affected the dispositive motions deadline, the requested relief herein would not do that**. Good cause exists for this limited modification of the scheduling order to allow new-substitute counsel for

---

[1] **Because this motion is so similar to a previously filed stipulated motion which this Court denied without prejudice, the parties are bolding the only new/different information to assist with the Court's review.  *See* Dkt. #25 (prior stipulated motion); *see also* Dkt. #27 (minute order denying motion).**

STIPULATED MOTION TO MODIFY SCHEDULING ORDER AND
~~PROPOSED~~ ORDER - 1 -
(23-cv-00908-JNW)

**Williams, Kastner & Gibbs PLLC**
601 Union Street, Suite 4100
Seattle, Washington 98101-2380
(206) 628-6600

4935-1511-1720.1

1  Safeway, who have spent the last several months familiarizing themselves with the issues and

2  the record in this two-year-old case, to complete this discovery.

3  II. <u>STATEMENT OF RELEVANT FACTS</u>

4  This lawsuit arises out of a slip and fall incident at Safeway on September 25, 2021.

5  *See* Original Compl., Dkt. #1, Attach. 2.  Plaintiff MARGARET MILLER-HOTCHKISS

6  ("Plaintiff") originally filed suit in King County Superior Court, on March 21, 2023.  *See id.*

7  Safeway subsequently removed this lawsuit to this Court by filing a Notice of Removal on

8  June 15, 2023.  Dkt. #1.  In the twenty months that this case has been venued in this Court, the

9  parties have completed the depositions (1) of the Plaintiff; (2) of Safeway, under Rule 30(b)(6);

10  and (3) of Plaintiff's liability/human factors expert, Ethan Fenley.  Mr. Fenley is one of three

11  experts designated in Plaintiff's FRCP 26(a)(2) Disclosure of Expert Testimony.  The other

12  two are Paul A. Manner, M.D., an orthopedic surgeon, and Pontus B. Oberg, D.O., a physical

13  medicine and rehabilitation doctor.  Both of whom are expected to offer testimony in support

14  of Plaintiff's case (per Plaintiff's FRCP 26(a)(2) Disclosure Statement, omitted).   Whereas

15  prior counsel for Safeway took the deposition of Mr. Fenley, and was scheduled to take the

16  depositions of Drs. Manner and Oberg, the latter two depositions were vacated via agreement

17  of the parties at or around the time of prior defense's counsel's withdrawal, with the plan being

18  that new-substitute counsel would take these depositions once they had the opportunity to

19  familiarize themselves with the facts and the issues in the case.  *See* Dkt. # 16 (Stipulated

20  Motion to Extend Trial Date); *see also* Dkt. # 20 (Order Setting Trial Date and Related Dates).[2]

21  III.  <u>STATEMENT OF ISSUES</u>

22  Whether good cause exists to modify the scheduling order in the manner requested

23  below to enable new counsel for Safeway, who replaced prior counsel, who retired in order to

24

25  _____

[2] **Prior counsel for Safeway withdrew on November 9, 2024, on account of personal issues related to his elderly parents' health.**

STIPULATED MOTION TO MODIFY SCHEDULING ORDER AND
~~PROPOSED~~ ORDER - 2 -
(23-cv-00908-JNW)

**Williams, Kastner & Gibbs PLLC**
601 Union Street, Suite 4100
Seattle, Washington 98101-2380
(206) 628-6600

4935-1511-1720.1

1  care for his ailing parents, to complete discovery primarily in the form of a couple of Plaintiff

2  expert depositions that prior counsel noted but did not complete prior to his withdrawal.

IV.  EVIDENCE RELIED UPON

3

4       This motion is based on the records and pleadings on file with the Court.

V.  AUTHORITY

5

6  A.  Good Cause Exists To Modify The Scheduling Order

7       FRCP and LCR 16 allow parties to modify the dates specific in the operative

8  scheduling order on a showing of good cause.  FRCP 16(b)'s good cause standard primarily

9  considers the diligence of the party or Parties seeking modification of the scheduling order.

10  *Johnson v. Mammoth Recreations, Inc.*, 975 F.2d 604, 609 (9th Cir. 1992).  "The district court

11  may modify the pretrial schedule 'if it cannot reasonably be met despite the diligence of the

12  party seeking the extension.'"  *Id.* (citing FRCP 16 advisory committee's notes, 1983

13  amendment).  The Ninth Circuit reviews motions to amend or modify, and motions for leave to

14  conduct further discovery, for abuse of discretion.  *FTC v. Marshall*, 781 Fed. Appx. 599, 602-

15  03 (9th Cir. 2019).

16       In this case, the parties have been diligently and cooperatively completing discovery

17  since the time of removal to this this Court in or around June 2023.  With respect to discovery

18  that Safeway has yet to complete, and that Safeway is seeking a slight extension of the existing

19  discovery deadline in order to accommodate, prior counsel for Safeway actually had those

20  depositions noted previously and was poised to take them, but had to withdraw immediately to

21  care for his ailing parents.  The hurried circumstances of this withdrawal and the appearance of

22  new counsel for Safeway influenced the terms that then-acting counsel for the parties sought in

23  their last stipulated Motion to Continue to Extend Trial Date (Dkt. #16), including the setting

24  of a March 7, 2025, discovery cut-off.  The Motion also expressly stated that new counsel for

25  Safeway "needs time to get up to speed" in a case that had been going on at that point for over

STIPULATED MOTION TO MODIFY SCHEDULING ORDER AND
~~PROPOSED~~ ORDER - 3 -
(23-cv-00908-JNW)

**Williams, Kastner & Gibbs PLLC**
601 Union Street, Suite 4100
Seattle, Washington 98101-2380
(206) 628-6600

4935-1511-1720.1

a year-and-a-half.  Dkt. #16 at p.3.  New counsel for Safeway is up to speed now, and is ready to proceed and take these depositions and finish the discovery prior counsel commenced; however, a limited time remains in discovery and Plaintiff's two remaining experts are not available for depositions within that time.  Ergo, the parties agree that counsel for Safeway needs, and should have, more time to complete this discovery.

B.  Proposed Amended Schedule

| Event | Existing Deadline | New Deadline |
|---|---|---|
| Discovery deadline | March 7, 2025 | **March 19, 2025** |
| Dispositive motions | April 7, 2025 | No change |
| Settlement conference | June 5, 2025 | No change |
| All motions in limine | June 25, 2025 | No change |
| Deposition designations | July 14, 2025 | No change |
| Agreed pretrial order | Jule 14, 2025 | No change |
| Trial briefs, etc. | July 21, 2025 | No change |
| Pretrial conference | July 28, 2025 | No change |

VI. CONCLUSION

In light of and based on the foregoing, the Parties ask the Court to modify the scheduling order in the manner requested above, and to issue an amended scheduling order.

STIPULATED MOTION TO MODIFY SCHEDULING ORDER AND
~~PROPOSED~~ ORDER - 4 -
(23-cv-00908-JNW)

**Williams, Kastner & Gibbs PLLC**
601 Union Street, Suite 4100
Seattle, Washington 98101-2380
(206) 628-6600

4935-1511-1720.1

1

2          IT IS SO STIPULATED, THROUGH COUNSEL OF RECORD.

3          DATED this 14th day of March, 2025.

4

5   WILLIAMS, KASTNER & GIBBS PLLC          GLP ATTORNEYS, P.S., INC.

6   *s/Eddy Silverman*                      *s/Scott Shawver*

7   Eddy Silverman, WSBA No. 53494          Scott Shawver, WSBA No. 24048
    Kenna Duckworth, WSBA No. 54004         2601 Fourth Avenue, Floor 6
8   601 Union Street, Suite 4100            Seattle, WA 98121
    Seattle, WA 98101-2380                  Phone: 206.448.1992
9   Phone:  206.628.6600                    Email: sshawver@glpattorneys.com
    Email:  esilverman@williamskastner.com
10  Email:  kduckworth@williamskastner.com

11  ***Counsel for Defendant Walmart Inc.***    ***Counsel for Plaintiff Maragaret Miller-***
12                                              ***Hotchkiss***

13

14

15                              **ORDER**

16

17      **The Court GRANTS the Parties' stipulated motion and MODIFIES the discovery
    deadline in accordance with the terms of the Parties' agreement.**

18
        IT IS SO ORDERED this 25th day of March, 2025.
19

20                              _Jamal W_

21                              HONORABLE JAMAL N. WHITEHEAD

22

23

24

25

STIPULATED MOTION TO MODIFY SCHEDULING ORDER AND          **Williams, Kastner & Gibbs PLLC**
~~PROPOSED~~ ORDER - 5 -                                  601 Union Street, Suite 4100
(23-cv-00908-JNW)                                         Seattle, Washington 98101-2380
                                                          (206) 628-6600

4935-1511-1720.1