The Honorable Jamal N. Whitehead

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| MARGARET MILLER-HOTCHKISS,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>SAFEWAY, INC.,<br><br>　　　　Defendant. | CASE NO. 2:23-cv-00908-JNW<br><br>STIPULATION AND ORDER OF DISMISSAL WITH PREJUDICE |

**STIPULATION**

Plaintiff MARGARET MILLER-HOTCHKISS and Defendant SAFEWAY, INC., by and through their respective attorneys of record, hereby stipulate and agree that this action may be dismissed, with prejudice, and without an award of costs and/or attorneys' fees to any party.

//

//

//

ORDER OF DISMISSAL WITH PREJUDICE - 1

1      RESPECTFULLY SUBMITTED this 26th day of August, 2025.

| GLP ATTORNEYS, P.S. | WILLIAMS, KASTNER & GIBBS PLLC |
|---|---|
| *s/Scott Shawver* <br> Scott Shawver, WSBA #24048 <br> 2601 Fourth Avenue, Floor 6 <br> Seattle, WA 98121 <br> Ph: 206-448-1992 <br> Fax: 206-448-4640 <br> Email: sshawver@glpattorneys.com <br><br> *Attorney for Plaintiff* | *s/Kenna A. Duckworth* <br> Rodney L. Umberg, WSBA #24948 <br> Eddy Silverman, WSBA #53494 <br> Kenna A. Duckworth, WSBA #54004 <br> 601 Union Street, Suite 4100 <br> Seattle, WA 98101 <br> Telephone: 206-628-6600 <br> Fax: 206-628-6611 <br> Email: rumberger@williamskastner.com <br> Email: esilverman@williamskastner.com <br> Email: kduckworth@williamskastner.com <br><br> *Attorneys for Defendant Safeway, Inc.* |

ORDER OF DISMISSAL WITH PREJUDICE - 2

**ORDER**

Pursuant to the Parties' Stipulated Motion for Order of Dismissal with Prejudice, the Court ORDERS that this matter is hereby DISMISSED WITH PREJUDICE and without court costs or attorneys' fees awarded to any party.

DATED this 9th day of September 2025.

_____
The Honorable Jamal N. Whitehead

Presented by:

| | |
|---|---|
| GLP ATTORNEYS, P.S. | WILLIAMS, KASTNER & GIBBS PLLC |
| *s/Scott Shawver* <br> Scott Shawver, WSBA #24048 <br> 2601 Fourth Avenue, Floor 6 <br> Seattle, WA 98121 <br> Ph: 206-448-1992 <br> Fax: 206-448-4640 <br> Email: sshawver@glpattorneys.com <br><br> *Attorney for Plaintiff* | *s/Kenna A. Duckworth* <br> Rodney L. Umberg, WSBA #24948 <br> Eddy Silverman, WSBA #53494 <br> Kenna A. Duckworth, WSBA #54004 <br> 601 Union Street, Suite 4100 <br> Seattle, WA 98101 <br> Telephone: 206-628-6600 <br> Fax: 206-628-6611 <br> Email: rumberger@williamskastner.com <br> Email: esilverman@williamskastner.com <br> Email: kduckworth@williamskastner.com <br><br> *Attorneys for Defendant Safeway, Inc.* |

CERTIFICATE OF SERVICE

I hereby certify under penalty of perjury of the laws of the State of Washington that I electronically filed the foregoing document using the CM/ECF system which will send notification of such filing to all attorneys of record.

Signed at Seattle, Washington this 26th day of August, 2025.

*s/Kenna A. Duckworth*
Kenna A. Duckworth, WSBA #54004
WILLIAMS, KASTNER & GIBBS PLLC
601 Union Street, Suite 4100
Seattle, WA 98101
Telephone: 206-628-6600
Fax: 206-628-6611
Email: kduckworth@williamskastner.com